IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAMERON HEATHCOCK, )  <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> MOBILE COUNTY HEALTH  ) <br> DEPARTMENT, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 18-00267-N |

## ORDER

This action is before the Court on the Defendant's motion for leave to file an amended answer under Federal Rule of Civil Procedure 15(a)(2) (Doc. 28), which represents that the Plaintiff is unopposed to the proposed amendment. The motion is timely under the scheduling order (*see* Doc. 25, § 6), "[t]he court should freely give leave [to amend a pleading] when justice so requires[,]" Fed. R. Civ. P. 15(a)(2), and the Court finds no reason to deny *sua sponte* the Defendant leave to amend as requested in the present motion. *See Foman v. Davis*, 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.' ").

Accordingly, the Defendant's motion for leave to file an amended answer under Federal Rule of Civil Procedure 15(a)(2) (Doc. 28) is **GRANTED**. The Defendant is

**ORDERED** to file and serve its proposed amended pleading attached to the motion as a freestanding pleading "promptly," *see* S.D. CivLR 15(c), but in any event no later than **Monday, December 17, 2018**, after which the leave to amend granted herein shall expire. The proposed amended pleading shall not become operative as a pleading in this action unless and until it is filed as a freestanding document.

In accordance with Federal Rule of Civil Procedure 15(a)(3), "any required response to [the] amended pleading must be made…within 14 days after service of the amended pleading…"

**DONE** and **ORDERED** this the 12th day of December 2018.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**